■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OMAR HUNTER, Appellant. [29 NYS3d 191]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Del Giudice, J.), imposed May 22, 2014, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's purported waiver of his right to appeal was invalid, as the record fails to establish that the defendant knowingly, voluntarily, and intelligently waived his right to appeal (*see People v Maracle*, 19 NY3d 925, 927-928 [2012]; *People v Barksdale*, 131 AD3d 704 [2015]; *People v Bostic*, 125 AD3d 992 [2015]). Thus, the waiver does not preclude review of the defendant's excessive sentence claim. However, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Chambers, Austin, Roman and LaSalle, JJ., concur.